IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE OSCAR CAAL-LOPEZ            :            CIVIL ACTION
                                :
        v.                      :
                                :
J.L. JAMISON, et al.            :            NO. 26-3929

ORDER

AND NOW, this 11th day of June 2026, it is hereby

ORDERED that petitioner Jose Oscar Caal-Lopez shall not be

transferred out of the Eastern District of Pennsylvania pending

further order of this court.

BY THE COURT:

/s/  Harvey Bartle III
                                                   J.